Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 17–25084–JKS
          Chapter: 13
          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Latonya Easterling
   27 Overlook Ter
   Maplewood, NJ 07040–3607

Social Security No.:
   xxx–xx–3020

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/21/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 21, 2017
JAN: zlh

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-25084-JKS
Latonya Easterling                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2          Date Rcvd: Dec 21, 2017
                             Form ID: 148             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2017.
db              Latonya Easterling,    27 Overlook Ter,    Maplewood, NJ  07040-3607
cr             +BANK OF AMERICA, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
516963835       Bankamerica,    4909 Savarese Cir,    Tampa, FL  33634-2413
516963842       Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    PO Box 26648,
                 Oklahoma City, OK  73126-0648
516963843       Midland Mtg/Midfirst,    999 NW Grand Blvd,    Oklahoma City, OK  73118-6051
516963845      ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court: Nissan-Infiniti Lt,     2901 Kinwest Pkwy,    Irving, TX  75063-5816)
516963844       Nissan Motor Acceptance Corp/Infinity Lt,    NMAC/Attn: Bankruptcy,    PO Box 660360,
                 Dallas, TX  75266-0360
517067008      +U.S. Bank National Association,    c/o MidFirst Bank,    999 NorthWest Grand Boulevard,
                 Oklahoma City, OK 73118-6051

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 21 2017 22:43:49     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 21 2017 22:43:49     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Dec 21 2017 22:43:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,   Norfolk, VA 23541-1021
517217202       EDI: GMACFS.COM Dec 21 2017 22:43:00      Ally Financial,   PO Box 130424,
                 Roseville MN 55113-0004
516963834       EDI: GMACFS.COM Dec 21 2017 22:43:00      Ally Financial,   200 Renaissance Ctr,
                 Detroit, MI  48243-1300
517196172       EDI: BANKAMER.COM Dec 21 2017 22:43:00      BANK OF AMERICA, N.A.,   Bank of America,
                 PO BOX 31785,   Tampa FL 33631-3785
516963836       EDI: CAPITALONE.COM Dec 21 2017 22:43:00      Capital One,   15000 Capital One Dr,
                 Richmond, VA  23238-1119
516963837       EDI: CAPITALONE.COM Dec 21 2017 22:43:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT  84130-0285
516963838       EDI: WFNNB.COM Dec 21 2017 22:43:00      Comenity Bank/Ashley Stewart,    Attn: Bankruptcy,
                 PO Box 182125,   Columbus, OH  43218-2125
516963839       EDI: WFNNB.COM Dec 21 2017 22:43:00      Comenity Bank/Ashstwrt,   PO Box 182789,
                 Columbus, OH  43218-2789
516963840       EDI: WFNNB.COM Dec 21 2017 22:43:00      Comenity Capital Bank/Hsn,   PO Box 182125,
                 Columbus, OH  43218-2125
516963841       EDI: WFNNB.COM Dec 21 2017 22:43:00      Comenity Capital/Hsn,   995 W 122nd Ave,
                 Westminster, CO  80234-3417
516963846       E-mail/Text: bankruptcy@onlineis.com Dec 21 2017 22:43:59     Online Collections,   PO Box 1489,
                 Winterville, NC  28590-1489
517106686       EDI: PRA.COM Dec 21 2017 22:43:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
517198025       EDI: Q3G.COM Dec 21 2017 22:43:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA  98083-0788
516963847       E-mail/Text: bkdepartment@rtresolutions.com Dec 21 2017 22:43:54     Real Time Resolutions,
                 Attn: Bankruptcy,    PO Box 36655,    Dallas, TX  75235-1655
516966503      +EDI: RMSC.COM Dec 21 2017 22:43:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517212949      +E-mail/Text: bncmail@w-legal.com Dec 21 2017 22:43:53     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516963848       EDI: WTRRNBANK.COM Dec 21 2017 22:43:00      Target,   C/O Financial & Retail Srvs Mailstopn BT,
                 PO Box 9475,   Minneapolis, MN  55440-9475
516963849       EDI: WTRRNBANK.COM Dec 21 2017 22:43:00      Td Bank USA/Targetcred,   PO Box 673,
                 Minneapolis, MN  55440-0673
517081989      +EDI: AIS.COM Dec 21 2017 22:38:00      Verizon,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 21

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Dec 21, 2017
                              Form ID: 148               Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association as trustee on behalf of
               the holders of Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series
               2006-H dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              James Patrick Shay    on behalf of Creditor    BANK OF AMERICA, N.A. james.shay@phelanhallinan.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association as trustee on behalf
               of the holders of Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series
               2006-H rsolarz@kmllawgroup.com
              Robert M. Rich    on behalf of Debtor Latonya  Easterling rrlaw@aol.com,
               G14833@notify.cincompass.com,carmelita.rrlaw@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```